**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

MICHAEL OPRY, Individually and For          )
Others Similarly Situated,                  )
                                            )
    Plaintiff,           )
                                            )          Civil Case No.
v.                                          )     6:20-cv-00149 (MJJ) (CBW)
                                            )
UNIVERSAL RESOURCES, INC.,                  )
                                            )
    Defendant.           )

**CONSENT JUDGMENT**

Considering the Consent Motion for the Entry of a Judgment Compelling Arbitration and Granting Other Relief submitted on behalf of Universal Resources, Inc., Defendant, through its counsel of record, with respect to its Motion to Compel Arbitration, Motion to Dismiss for Lack of Jurisdiction, or alternatively, Motion to Transfer case (Doc. # 10), in connection with the Complaint (Doc. # 1) filed by Michael Opry, Plaintiff, and the representations by counsel for Universal Resources set forth in the Consent Motion that Plaintiff through his counsel consent to the Court's entry of this Judgment, after having reviewed this Consent Motion and this Consent Judgment, and in accordance with the foregoing;

    **IT IS ORDERED THAT:**

    1.    Universal Resources' Motion to Dismiss for Lack of Jurisdiction and its Alternative Motion to Transfer are dismissed as moot.

    2.    The Motion to Compel Arbitration be and hereby is granted with respect to any claims that Plaintiff Michael Opry has or alleges in his individual and personal capacity against Universal Resources that arise out of his Complaint.

3.      In the event that Plaintiff chooses to pursue any such claims against Universal Resources, he shall submit any such claims for arbitration in Atlanta, Georgia, in accordance with the National Rules for the Resolution of Employment Disputes of the American Arbitration Association then in effect, and such arbitration shall take place in Atlanta, Georgia, as required by the employee agreements signed by Plaintiff during his employment with Universal Resources (Doc. # 10-3 at ¶ 18; Doc. # 10-4 at ¶ 18; Ex. Doc. # 10-5 at ¶ 18).

4.      Subject to his right to proceed in arbitration as described in the two preceding paragraph, any claims that Plaintiff Michael Opry has or alleges in his individual and personal capacity that arise out of his Complaint against Universal Resources are dismissed, without prejudice, with each Party to bear its own costs, attorneys' fees, and expenses.

5.      Plaintiff's claims seeking to assert a collective action or class action in a representative capacity on behalf of other situated individuals are dismissed, without prejudice.

Lafayette, Louisiana, on this 28th day of April, 2020.


Judge Michael J. Juneau
United States District Court
Western District of Louisiana